19790—J. S. Lykins v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day Allen, Kinkade and Robinson, JJ., concur. Dock. 4-27-26, 4 Abs. 284.

### MOTION DOCKET

19624—State of Ohio, ex rel. C. C. Crabbe, v. Exhibitor's and Breeders' Ass'n, Inc. Motion by defendant to dismiss. Dismissed by consent. Dock. 2-15-26, 4 Abs. 128.

19886—M. J. Gibbons Supply Co. v. H. & G. L. Coleman. Motion for Montgomery Appeals to certify. Ovverruled. Dock. 6-10-26, 4 Abs. 393.

19993—George B. Frank v. Clara E. Corcoran et al. Motion for Lucas Appeals to certify. Overruled. Dock. 7-20-26, 4 Abs. 510; OA. 4 Abs. 600; OS. Pend. 4 Abs. 708.

## SYLLABI
### No. 994

No. 20128—The State, ex rel. Ezra Dean, v. Frank Hall et al., Board of Deputy State Supervisors of Elections. In Mandamus.

**448. ELECTIONS—Section 5004 GC. not in conflict with sec. 13, Art. IV, or Sec. 2, Art. XVII of Ohio Constitution.**

### No. 966

No. 19790—J. S. Lykins v. Public Utilities Commission of Ohio. Error to Public Utilities Commission of Ohio.

**973. PUBLIC UTILITIES COMMISSION—**
**1. In a proceeding to reverse order of Commission on the ground that it is against the weight of the evidence, entire record will be examined to determine whether order is based upon sufficient evidence received under established rules of evidence.**

**2. Judgment of Commission in reference to certificate of convenience and necessity is final unless order based thereon is against manifest weight of evidence.**

DAY, J.

1. While the proceedings before the Public Utilities Commission are informal in character, yet in the review of a petition in error filed in this court to reverse an order of such commission on the ground that it is against

## PUBLISHER'S COLUMN
# The Ohio Law Abstract

Entered as second) class matter, February 28, 1923,
at the Post Office, Cleveland, Ohio,
under the Act of March 3, 1879

Issued Every Saturday        50 Weeks of the Year

SUBSCRIPTION PRICES AND TERMS

One year (50 issues) Payable in Advance.......$15.00

Single Numbers .............................. .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS not prepaid (per mo. $1.25)........$15.00

No discount allowed after expiration date

THE LAW ABSTRACT COMPANY

Office, Editorial Rooms and Library, 13916 Euclid Ave.
Cleveland, O.

Address all mail communications to P. O. Box 2455,
Cleveland, O.

### EXPIRATIONS

We send notices to subscribers, four weeks in ad-
vance of the date to which their application is paid,
thus. assuring them of ample knowledge in time to
prepay renewals, and save the 20 per cent we give to
those who mail the money in advance.

the weight of the evidence, unlawful or un-
reasonable, this court will examine the entire
record to determine whether such order is
based upon sufficient evidence received under
the established rules for the production of evi-
dence.

2. To justify the issuing of a certificate of
convenience and necessity for the operation of
a motor bus line over state highways, it must
be made to appear by the preponderance of all
the competent evidence produced before the
Public Utilities Commission that not only
should such certificate be granted as a matter
of convenience for public travel, but also that
there is a necessity therefor; and this court
will not substitute its own judgment for that
of the Commission unless an order based there-
on is against the manifest weight of the evi-
dence.

Order affirmed.

Marshall, CJ., Jones, Matthias, Allen, Kin-
kade and Robinson, JJ., cnocur.